UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
'TAMPA DIVISION

**RICHARD L. WATSON,**

    **Plaintiff,**

v.                                         Case No: 8:22-cv-12-WFJ-AAS

**KEN SUMPTER and**
**LIEUTENANT DOUGHERTY,**

    **Defendants.**
_____/

**ORDER**

    This order follows Plaintiff Richard L. Watson's filing of a Second Amended Complaint under 42 U.S.C. § 1983. (Doc. 14) Mr. Watson alleges that his civil rights were violated when he was incarcerated in the Sumter Correctional Institution. (*Id.* at 6) A prior order instructs Mr. Watson that the Sumter Correctional Institution is located in Bushnell, Florida, which is in the Ocala Division of the United States District Court, Middle District of Florida, and cautions him that "this case may be subject to dismissal or transfer due to improper district or division." (Doc. 7 at 4)

    Accordingly, it is **ORDERED** that the Clerk of Court shall transfer this case to the Ocala Division of the United States District Court, Middle District of Florida, for all further proceedings. *See* 28 U.S.C. § 1391(b)(2) (prescribing venue in "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred"); *id.* § 1404(a) ("For the convenience of parties and witnesses, in the interest

of justice, a district court may transfer any civil action to any other district or division where it might have been brought[.]"); Local Rule 1.04(a), (b) (M.D. Fla.) ("A party must begin an action in the division to which the action is most directly connected[.]").

**DONE and ORDERED** in Tampa, Florida on August 30, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party